KANTOR & KANTOR, LLP
GLENN R. KANTOR  Bar No. 122643
19839 Nordhoff Street
Northridge, CA  91324
Telephone:  (818) 886-2525
Facsimile:  (818) 534-0567

Attorneys for Plaintiff
KRISTI BERTON

SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
ERIN A. CORNELL  Bar No. 227135
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:  (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI BERTON,<br><br>                    Plaintiff,<br><br>     v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                    Defendant. | Case No. 5:11-cv-03509 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY TO FILE AN AMENDED ANSWER AND COUNTERCLAIM** |

SF/2562820v1

STIP AND [PROPOSED] ORDER RE AMENDED ANSWER & COUNTERCLAIM

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Kristi Berton and defendant Metropolitan Life Insurance Company ("MetLife"), through their attorneys of record herein, that MetLife may file the proposed amended answer and counterclaim, attached as Exhibit 1 to this stipulation.

IT IS SO STIPULATED.

DATED: October 24, 2011          KANTOR & KANTOR LLP

By: */s/ Glenn R. Kantor* (as authorized 10/24/11)
    Glenn R. Kantor
    Attorneys for Plaintiff
    KRISTI BERTON

DATED: October 24, 2011          SEDGWICK LLP

By: */s/ Rebecca A. Hull*
    Rebecca A. Hull
    Erin A. Cornell
    Attorneys for Defendant
    METROPOLITAN LIFE INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

DATED: November 4, 2011

_____
Honorable Lucy H. Koh
United States District Judge