KANTOR & KANTOR, LLP
GLENN R. KANTOR, Bar No. 122643
gkantor@kantorlaw.net
19839 Nordhoff Street
Northridge, California, 91324
Telephone:  (818) 886-2525
Facsimile:  (818 350-6272

Attorneys for Plaintiff KRISTI BERTON

SEDGWICK, LLP
REBECCA HULL Bar No. 99802
ERIN CORNELL  Bar No. 227135
rebecca.hull@sedwicklaw.com
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
METROPLITAN LIFE INSUARANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI BERTON,<br><br>                    Plaintiff,<br><br>         v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY,<br><br>                    Defendant. | CASE NO. CV 11-03509 LHK<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO STRIKE CERTAIN<br>AFFIRMATIVE DEFENSES**<br> As Modified By The Court |

        IT IS HEREBY STIPULATED by and between Plaintiff KRISTI BERTON, and

Defendant METROPOLITAN LIFE INSURANCE COMPANY, through their respective

counsel of record, that affirmative defenses two, five and seven, pled by Defendant in its Answer

to Plaintiff's Complaint, shall be stricken without prejudice.

IT IS SO STIPULATED.

DATED: December 20, 2011                    KANTOR & KANTOR LLP


                                    By: /s/ Glenn R. Kantor
                                        Glenn R. Kantor
                                        Attorneys for Plaintiff
                                        KRISTI BERTON



DATED: December 20, 2011                    SEDGWICK LLP


                                    By: /s/ Erin Cornell
                                        Rebecca Hull
                                        Erin Cornell
                                        Attorneys for Defendant METROPOLITAN LIFE
                                        INSURANCE COMPANY


<u>ORDER</u>

Pursuant to the stipulation of the parties, affirmative defenses two, five and seven, pled by Defendant in its Answer to Plaintiff's Complaint, shall be stricken without prejudice. The Defendant shall file an Amended Answer reflecting the changes addressed in this stipulation by Friday, December 23, 2011.

**IT IS SO ORDERED**

DATE: December 21, 2011

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER TO STRIKE CERTAIN AFFIRMATIVE DEFENSES