1  KANTOR & KANTOR, LLP
   GLENN R. KANTOR, Bar No. 122643
2  gkantor@kantorlaw.net
   19839 Nordhoff Street
3  Northridge, California, 91324
   Telephone:  (818) 886-2525
4  Facsimile:  (818 350-6272
   Attorneys for Plaintiff KRISTI BERTON
5
   SEDGWICK, LLP
6  REBECCA HULL Bar No. 99802
   ERIN CORNELL Bar No. 227135
7  rebecca.hull@sedwicklaw.com
   erin.cornell@sedgwicklaw.com
8  333 Bush Street, 30th Floor
   San Francisco, California 94104
9  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
10 Attorneys for Defendant
   METROPLITAN LIFE INSUARANCE COMPANY
11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 | KRISTI BERTON,                       | CASE NO. CV 11-03509 LHK
16 |         Plaintiff,                   |
17 |    v.                                | STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTIONS WITH PREJUDICE
18 | METROPOLITAN LIFE INSURANCE COMPANY, |
19 |         Defendant,                   |
20

21 | METROPOLITAN LIFE INSURANCE COMPANY, |
22 |         Counterclaimant,             |
23 |    v.                                |
24
25 | KRISTI BERTON,                       |
26 |         Counterdefendant.            |
27
28

1
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE

1  Following settlement of this matter, Plaintiff/Counterdefendant Kristi Berton and
2  Defendant/Counterclaimant Metropolitan Life Insurance Company, by and through their
3  respective counsel of record, hereby stipulate that both actions shall be dismissed with prejudice,
4  each party to bear its own costs, expenses and attorney's fees.

SO STIPULATED, AGREED, AND RESPECTFULLY SUBMITTED:

DATED: March 30, 2012                               KANTOR & KANTOR LLP


                                          By:       */s/ Glenn R. Kantor*
                                                    Glenn Kantor
                                                    Attorneys of Plaintiff/Counterdefendant
                                                    KRISTI BERTON


DATED: March 30, 2012                               SEDGWICK LLP



                                          By:       */s/ Erin Cornell*
                                                    Rebecca Hull
                                                    Erin Cornell
                                                    Attorneys for Defendant/Counterclaimant
                                                    METROPOLITAN LIFE INSURANCE
                                                    COMPANY

## **ORDER**

Pursuant to the stipulation of the parties, the above-entitled actions are hereby dismissed with prejudice as to all defendants/counterdefendants.  Each party shall bear its own fees and costs.   The Clerk shall close the file.

DATED: April 4, 2012

                                          _____
                                          HONORABLE LUCY H. KOH
                                          UNITED STATES DISTRICT JUDGE