1  KANTOR & KANTOR, LLP
   GLENN R. KANTOR, Bar No. 122643
2  gkantor@kantorlaw.net
   19839 Nordhoff Street
3  Northridge, California, 91324
   Telephone: (818) 886-2525
4  Facsimile: (818 350-6272
   Attorneys for Plaintiff KRISTI BERTON
5
   SEDGWICK, LLP
6  REBECCA HULL Bar No. 99802
   ERIN CORNELL Bar No. 227135
7  rebecca.hull@sedwicklaw.com
   erin.cornell@sedgwicklaw.com
8  333 Bush Street, 30th Floor
   San Francisco, California 94104
9  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
10 Attorneys for Defendant
   METROPLITAN LIFE INSUARANCE COMPANY
11

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| KRISTI BERTON, | CASE NO. CV 11-03509 LHK |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTIONS WITH PREJUDICE |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant, | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Counterclaimant, | |
| v. | |
| KRISTI BERTON, | |
| Counterdefendant. | |

1
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE

1  Following settlement of this matter, Plaintiff/Counterdefendant Kristi Berton and
2  Defendant/Counterclaimant Metropolitan Life Insurance Company, by and through their
3  respective counsel of record, hereby stipulate that both actions shall be dismissed with prejudice,
4  each party to bear its own costs, expenses and attorney's fees.

6  SO STIPULATED, AGREED, AND RESPECTFULLY SUBMITTED:

7  DATED: March 30, 2012                KANTOR & KANTOR LLP

9                                By:    */s/ Glenn R. Kantor*
                                         Glenn Kantor
10                                       Attorneys of Plaintiff/Counterdefendant
                                         KRISTI BERTON

12  DATED: March 30, 2012                SEDGWICK LLP

14                                By:    */s/ Erin Cornell*
                                         Rebecca Hull
15                                       Erin Cornell
                                         Attorneys for Defendant/Counterclaimant
16                                       METROPOLITAN LIFE INSURANCE
                                         COMPANY

18                                **ORDER**

20  Pursuant to the stipulation of the parties, the above-entitled actions are hereby dismissed
21  with prejudice as to all defendants/counterdefendants.  Each party shall bear its own fees and
22  costs.   The Clerk shall close the file.

23  DATED: April 4, 2012
                                         _____
24                                       HONORABLE LUCY H. KOH
                                         UNITED STATES DISTRICT JUDGE